# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

BIGIE LEE RHEA, )
)
  Plaintiff, )
)
)
v. )  Case No. 6:14-cv-00433-JH
)
APACHE CORPORATION, )
)
  Defendant. )

## DECLARATION OF TREY DUCK IN SUPPORT OF
## MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
## FILED ON BEHALF OF NIX PATTERSON, LLP

I, Trey Duck, of Nix Patterson, LLP ("NP") declare as follows:

1. I am a partner at NP. I submit this declaration in support of Class Representative's Motion for Final Approval ("Approval Motion"), Class Counsel's Motion for Approval of Attorneys' Fees ("Fee Motion"), and Class Counsel's Motion for Approval of Reimbursement of Litigation Expenses ("Expense Motion"), which are filed contemporaneously herewith. Unless otherwise stated herein, the statements made herein are based upon my personal knowledge and information available to me to the best of my recollection, and while I do not believe there are any errors, omissions, incomplete or incorrect statements, to the extent any occur, they are wholly accidental and unintentional.

2. I, and my law firm NP, have litigated class actions and complex commercial litigation in the United States District Courts for the Eastern District of Oklahoma, the Western District of Oklahoma, and the Northern District of Oklahoma, the state courts of Oklahoma, and numerous other state and federal courts around the country. A copy of NP's Summary Resume, as

well as a brief biography of the NP attorneys who worked on this Litigation, is attached hereto as Exhibit 1.

3. NP, along with Whitten Burrage, are court-appointed Plaintiff's Counsel for Plaintiff, Bigie Lee Rhea, on behalf of himself and all others similarly situated ("Plaintiff," and/or "Class Representative"), and the Settlement Classes. I personally rendered legal services and had co-responsibility for coordinating and leading the activity carried out by attorneys at NP in this Litigation. NP significantly contributed to this Litigation and performed work on behalf of and for the benefit of the Settlement Classes. NP was intimately involved in all aspects of the Litigation, both prior to filing and while the matter was pending.

4. The information in this declaration regarding NP's time and expenses is based upon records maintained by NP in the ordinary course of business. I am one of the partners who oversaw and/or conducted the day-to-day activities in the Litigation. This declaration was prepared with the assistance of other lawyers and staff at NP with knowledge of the matters reflected herein and reviewed in detail by me before signing.

5. This case was filed over seven years ago, in September 2014. Because NP is a relatively small firm, prosecution of this litigation required the devotion of substantial time, manpower and resources from Class Counsel over that period. Further, NP has spent a substantial amount of time and effort in negotiating and preparing the necessary paperwork related to the Settlement with Defendant.

6. I have instructed the attorneys and staff at my firm working on this matter to keep records regarding their time, even though we are working on a fully contingent basis. At the close of this case, I asked each attorney and staff member at the firm to report to me regarding the time they spent prosecuting this matter. I have been provided with access to material information

2

supporting the fee and expense requests that are the subject of this Declaration, and have reviewed such materials. As a result of this review, reductions were made to both time and expense in the exercise of "billing judgment." As a result of the review and the adjustments made, I believe the time and expenses set forth below are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the Litigation.

7.  Based on the work performed and this review of information reflecting work performed by attorneys at NP in this Litigation, I directed preparation of the chart set forth below identifying NP's partners, associates, contract attorneys, and paraprofessionals who undertook litigation activities in connection with the Litigation, each individual's hourly rate, and the total number of hours each individual expended in connection with work on this Litigation.

8.  As set forth below, NP's total number of hours in this Litigation to date is at least 11,625.06 hours. Further, we reasonably anticipate expending at least an additional 40 future hours through Final Approval and distribution of the Net Settlement Fund.[1]

| Nix Patterson, LLP | | | |
|---|---|---|---|
| | Hours | Rate | Lodestar |
| **Partners** | | | |
| Brad Beckworth (2016-2019) | 492.25 | $ 875.00 | $ 430,718.75 |
| Brad Beckworth (2020-2022) | 150.00 | $ 1,000.00 | $ 150,000.00 |
| Jeff Angelovich (2016-2019) | 162.15 | $ 875.00 | $ 141,881.25 |
| Susan Whatley (2016-2019) | 2.75 | $ 700.00 | $ 1,925.00 |
| Susan Whatley (2020-2022) | 20.00 | $ 850.00 | $ 17,000.00 |
| Lisa Baldwin (2016-2019) | 70.05 | $ 700.00 | $ 49,035.00 |
| Lisa Baldwin (2020-2022) | 50.00 | $ 850.00 | $ 42,500.00 |
| Trey Duck (2016-2019) | 2,062.75 | $ 700.00 | $ 1,443,925.00 |
| Trey Duck (2020-2022) | 312.00 | $ 850.00 | $ 265,200.00 |
| Drew Pate (2016-2019) | 1,389.85 | $ 700.00 | $ 972,895.00 |
| Drew Pate (2020-2022) | 836.95 | $ 850.00 | $ 711,407.50 |

---

[1] This total does not include any future hours devoted to any potential appeal. In the event of an appeal, NP reserves the right to seek additional fees associated with any such appeal.

| Associates | | | |
|---|---|---|---|
| John Hull (2016-2019)[2] | 1,067.00 | $ 500.00 | $ 533,500.00 |
| Britt Glass (2016-2019)[3] | 1.93 | $ 400.00 | $ 772.00 |
| Cody Hill (2016-2019) | 300.30 | $ 400.00 | $ 120,120.00 |
| James Warner (2016-2019) | 127.20 | $ 500.00 | $ 63,600.00 |
| James Warner (2020-2022) | 154.80 | $ 650.00 | $ 100,620.00 |
| Brooke Churchman (2016-2019)[4] | 99.00 | $ 400.00 | $ 39,600.00 |
| Nathan Hall (2016-2019) | 6.00 | $ 400.00 | $ 2,400.00 |
| Nathan Hall (2020-2022) | 4.65 | $ 600.00 | $ 2,790.00 |
| Nick Shodrok (2016-2019) | 33.2 | $ 300.00 | $ 9,960.00 |
| Nick Shodrok (2020) | 1.30 | $ 500.00 | $ 650.00 |
| Nick Shodrok (2021-2022) | 124.90 | $ 550.00 | $ 68,695.00 |
| **Contract Attorneys** | | | |
| Celtic Legal (Base) | 1,291.00 | $ 50.00 | $ 64,550.00 |
| Celtic Legal (Project Manager) | 1,220.50 | $ 75.00 | $ 91,537.50 |
| Celtic Legal (Expert Consultant) | 441.50 | $ 45.00 | $ 19,867.50 |
| **Paralegals** | | | |
| Nikki Cameron (2016-2019) | 39.20 | $ 200.00 | $ 7,840.00 |
| Nikki Cameron (2020-2022) | 59.25 | $ 350.00 | $ 20,737.50 |
| Maria Gomez (2016-2019) | 101.30 | $ 200.00 | $ 20,260.00 |
| Maria Gomez (2020-2022) | 22.45 | $ 350.00 | $ 7,857.50 |
| Shelley Prince (2016-2019) | 188.8 | $ 200.00 | $ 37,760.00 |
| Shelley Prince (2020-2022)) | 57.00 | $ 350.00 | $ 19,950.00 |
| Amanda Thompson (2016-2019) | 4.65 | $ 200.00 | $ 930.00 |
| Amanda Thompson (2020-2022) | 122.90 | $ 350.00 | $ 43,015.00 |
| Brittany Kellogg (2016-2019) | 5.80 | $ 200.00 | $ 1,160.00 |
| Brittany Kellogg (2020-2022) | 13.20 | $ 350.00 | $ 4,620.00 |
| Andrea Brunson (2016-2019)[5] | 569.00 | $ 200.00 | $ 113,800.00 |
| David Alvarado (2016-2019)[6] | 19.48 | $ 450.00 | $ 8,766.00 |
| **TOTAL** | **11,625.06** | | **$ 5,631,845.50** |

[2] Mr. Hull is no longer with the firm.
[3] Ms. Glass is no longer with the firm.
[4] Ms. Churchman is no longer with the firm.
[5] Ms. Brunson is no longer with the firm.
[6] Mr. Alvarado is no longer with the firm.

9. In my judgment, the number of hours expended and the services performed by the attorneys at NP were reasonable and expended for the benefit of the Classes in this Litigation. If the Court deems it necessary, NP can provide additional detail regarding the hours expended during this Litigation. I believe this total number of hours is a conservative and understated amount because, among other things, all of our attorneys work extensively on many matters in a collaborative context where it is not possible to record every hour worked and/or not possible to reduce any given hour to only one case. Therefore, I believe my firm worked more hours on this case than the hours listed above.

10. NP's hourly figures are based on its billing rates, which do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in the billing rates.

11. As set forth in the chart below, NP has incurred a total of $1,043,692.12 in unreimbursed expenses in connection with this Litigation as of the date of this Declaration. In my judgment, these expenses were reasonable, necessary, and critical to the prosecution of this Litigation.

**SUMMARY OF EXPENSES**

| | TOTAL EXPENSES |
|---|---|
| Nix Patterson, LLP | $1,043,692.12 |
| Whitten Burrage | $6,820.35 |
| Enable Document Production [per Dkt. No. 482] | $613,390.00 |
| Interest on Enable Document Production | $1,423.06 |
| **TOTAL ACTUAL EXPENSES FOR REIMBURSEMENT** | **$1,665,325.53** |

**NIX PATTERSON, LLP**
**Expense Report**

| | Total Category Expense |
|---|---|
| **Administrative Expenses** | |
| AT Conference | $334.46 |
| FedEx/ Postage | $2,081.02 |
| Court Fees/ Filing/ Reporting/ Copies | $74,726.25 |
| **Litigation Support** | |
| Ace Petroleum | $500.00 |
| Issus Discovery | $118,455.53 |
| Matlin Petroleum Co. | $14,514.36 |
| Reagan Resources | $18,404.45 |
| **Mediation Expense** | |
| Jackson Walker, LLP | $9,000.00 |
| **Expert/Consulting Expenses** | |
| Barbara Ley | $455,935.41 |
| Dan Reineke | $70,137.50 |
| Geoffrey Miller | $28,333.33 |
| Jennifer Hoyt | $115,094.42 |
| Steven S. Gensler | $8,500.00 |
| **Research & Investigation** | |
| Lexis Nexis | $33,300.36 |
| **Travel Expenses** | |
| Lodging, Meals and Transportation | $94,375.03 |
| **TOTAL SUBMITTED EXPENSES** | **$1,043,692.12** |

12.     These expenses are reflected on the books and records of NP. It is NP's policy and practice to prepare such records from expense vouchers, check records, credit card records, and other source materials. Based on my oversight of NP's work in connection with this Litigation and my review of these records, I believe them to constitute an accurate record of the expenses actually incurred by the Firm in connection with this Litigation.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

DATED: May 17, 2022.

Trey Duck
Nix Patterson, LLP

# EXHIBIT 1



**NIX PATTERSON, LLP**

<u>**SUMMARY**</u>
<u>**RESUME**</u>

Detailed information regarding Nix Patterson, LLP ("Nix Patterson" or "NP") may be found on the firm's website: www.nixlaw.com. The firm's website contains a wide variety of information, including the history of the firm, highlights of current and previous successes, photographs of facilities, and biographies of each attorney.

For convenience, a *concise* overview of the firm is as follows:

Nix Patterson is a national contingency fee law firm providing litigation strategies and solutions for individuals, companies, investors, whistleblowers, and sovereigns. We have extensive experience handling large-scale, complex cases that require creative and bold action. Nix Patterson's skilled, innovative and hardworking attorneys have achieved record-breaking litigation success. Because Nix Patterson only works on a contingency fee basis, our clients pay us nothing unless we win.

Although Nix Patterson may be best known as one of the firms who obtained a $17.2 billion settlement for the State of Texas in the historic tobacco litigation, we have also recovered billions more in jury verdicts and settlements in diverse and complex cases across a wide range of practice areas. Across the United States, we handle almost every type of complex and critical litigation and arbitration for consumers, investors, whistleblowers, governmental entities and business entities. Our successful and uniquely diverse litigation practice has been driven by one constant: our talented attorneys achieve extraordinary results through hard work and innovation. Our clients choose us because they know we devote all resources necessary to achieve their goals.

Born in Texas over 40 years ago, Nix Patterson has long been at the forefront of the small group of firms with nationwide contingency practices. We have a well-deserved reputation for excellence and innovation in groundbreaking litigation. Every day, each attorney at Nix Patterson strives to be second to none. We believe there is no better place to achieve justice for our clients than the courtroom—and no better lawyers to pursue your claims and maximize your recovery than Nix Patterson.

Below is a representative sample of some of the most recent matters and results Nix Patterson has achieved on behalf of its clients:

***State of Oklahoma v. Purdue Pharma, L.P., et al.***

On June 30, 2017, Nix Patterson, led by lead trial attorney, Brad Beckworth, and co- counsel, filed a lawsuit in Cleveland County, Oklahoma on behalf of the State of Oklahoma and Oklahoma Attorney General Mike Hunter against several major pharmaceutical companies that manufacture highly addictive and often deadly opioid painkillers. The lawsuit alleged that the defendants— including Purdue Pharma, Johnson & Johnson, and Teva—intentionally misled Oklahoma healthcare providers and residents about the addictive and harmful nature of opioid medications to increase sales of their drugs in the State. These companies advertised opioids as being essentially non- addictive and harmless, which caused massive volumes of unnecessary drugs to be prescribed to Oklahomans, creating a severe public health nuisance.

On January 11, 2018, Cleveland County District Court Judge Thad Balkman ordered that the trial in this matter would begin on May 28, 2019, marking the first state lawsuit against opioid manufacturers to go to trial in the Nation.

On June 13, 2018, the Purdue defendants filed a Notice of Removal, removing the case from Cleveland County to the United States District Court for the Western District of Oklahoma. The remaining manufacturer defendants consented to the removal. The very next day, on June 14, the State of Oklahoma filed its Motion to Remand the case. The State argued in its Motion that the defendants breached a written agreement to not remove the case, waived any opportunity to remove the case, lacked any basis for asserting federal court jurisdiction, and removed the case solely as a delay tactic to avoid ongoing discovery in the state court case. Due to the urgency and unprecedented scope of the opioid addiction epidemic, the State argued the Motion should be expedited. As such, the State filed its reply brief in support of the Motion overnight, within six hours of the defendants filing their opposition to the State's Motion. On August 3rd, after considering the extensive briefing by the parties, the Honorable Judge Vicki Miles-LaGrange, granted the State's Motion to Remand.

On March 25, 2019, the Oklahoma Supreme Court denied Defendants' request to delay the start of the trial in this matter by 100 days.

On March 26, 2019, the State of Oklahoma announced that Purdue Pharma had agreed to pay $270 million to settle the claims brought against it in this matter. Under the terms of the settlement, Purdue immediately contributed $102.5 million to establish a world class foundation for addiction treatment and research at Oklahoma State University, with additional payments of $15 million each year for the next five years beginning in 2020. The company will also provide $20 million of addiction treatment and opioid rescue medications to the center over the same five-year time frame. And, $12.5 million from the settlement will be used directly to help cities and counties struggling with the opioid crisis. The Sackler family, who founded and own Purdue Pharma, will also contribute $75 million over the next five years to the treatment and research center. Lead Nix Patterson attorney, Brad Beckworth, said the model here is that "the money needs to go to fixing the problem." "This is a major step in trying to turn this ship," he said. "The only way you can fix the problem is treat addiction, destigmatize addiction and educate doctors and the public." He believes that the settlement will set a precedent. "I hope other states will use this as a model to deal with the problem in their respective communities."

On May 26, 2019, and on the eve of trial, Teva agreed to pay $85 million to settle the claims brought against it in this matter. In a news release announcing the settlement, Attorney General Mike Hunter stated that the money from the Teva settlement will be "used to abate the opioid crisis in Oklahoma." Hunter further stated that the Teva settlement is a testament to the state's legal team's "dedication and resolve to hold the defendants in this case accountable for the ongoing opioid overdose and addiction epidemic that continues to claim thousands of lives each year."

On May 28, 2019, this case proceeded to a bench trial against Johnson & Johnson on the sole equitable claim of public nuisance. The trial spanned approximately seven weeks, and included testimony from 43 witnesses, 935 exhibits admitted into evidence, and numerous hearings.

Following trial, the trial court found Johnson & Johnson had created a public nuisance and ordered it to pay $465,026,711.00 to abate the nuisance. NP was named 2019 Trial Team of the Year by The National Trial Lawyers in recognition of this verdict. Although the Oklahoma Supreme Court reversed the verdict on a legal ground, NP continues to pursue other claims against J&J and certain opioid distributors in Oklahoma, as well as in the State of Washington, where NP is set for trial in the fall of 2022.

### Cline v. Sunoco

On August 27, 2020, Nix Patterson and Co-Counsel Ryan Whaley obtained a final judgment following the verdict of more than $150 million on behalf of Oklahoma royalty owners. The Honorable Judge John Gibney ruled in favor of the Plaintiff, Perry Cline, and the Class of owners he represented following a four-day bench trial led by NP partners Brad Beckworth and Drew Pate. Judge Gibney awarded the Plaintiff and Class in the amount of $80,691,486.00 in actual damages and $75,000,000.00 in punitive damages.

The lawsuit alleged Sunoco violated Oklahoma law by withholding interest owed on late royalty payments unless an owner specifically requests it. In October 2019, the Court certified the case as a class action. Nix Patterson then strategically filed a motion for partial summary judgment that, if granted, would substantially narrow the issues for trial. The Court granted the motion one week before trial and ruled that Sunoco must pay the interest automatically under Oklahoma law. This verdict is the largest class action verdict in Oklahoma history.

### British Petroleum/Deepwater Horizon Oil Spill Litigation

In 2015, Nix Patterson obtained a historic settlement for the State of Florida against British Petroleum arising out of the Deepwater Horizon oil spill. Nix Patterson represented the State of Florida in its effort to recover economic losses from this disaster. Ultimately, the firm recovered $2 billion for the State of Florida.

In addition, Nix Patterson represented more than 20 other governmental entities in litigation against BP, and more than 1,000 businesses, ranging from small restaurants to publicly traded corporations, in their claims against BP related to the Deepwater Horizon oil spill. To date, the total settlements obtained by Nix Patterson in this matter exceed $3 billion.

*Pummill, et al. v. Cimarex Energy Co., et al.*

Nix Patterson, led by lead trial attorney, Brad Beckworth, served as co-counsel in this declaratory judgment action requesting the court declare the rights of royalty owners and the obligations of lessees on four key issues of Oklahoma royalty law relating to oil and gas lease interpretation, payment of royalty on gas used as fuel off the lease, payment of royalty under different form gas marketing agreements and payment of statutory interest on late royalty payments. In 2012, NP and its co-counsel achieved favorable declaratory summary judgment rulings for the plaintiffs on all four issues. The court's declaratory summary judgment ruling on the payment of statutory interest was affirmed by the Oklahoma Court of Appeals, Division 1, and the Oklahoma Supreme Court. In October 2015, NP and its co-counsel successfully tried the remaining three declaratory judgments and the defendants' counterclaim to the court in a full bench trial and achieved a favorable judgment for the plaintiffs on all four issues. The Oklahoma Court of Civil Appeals, Division 4, issued a 31-page published decision affirming the trial court's judgment on January 5, 2018. The Oklahoma Supreme Court denied the oil company's petition for certiorari on May 21, 2018. NP is one of the only firms to try a case to judgment concerning these critical issues of Oklahoma royalty law—a judgment that will benefit over a million Oklahoma royalty owners.

*The Chickasaw Nation and The Choctaw Nation v. United States Dept. of Interior, et al.*

NP partners Brad Beckworth, Lisa Baldwin, Susan Whatley, and Trey Duck represented the Chickasaw Nation and the Choctaw Nation in an historic settlement with the federal government. This litigation involved allegations that the federal government mismanaged over 1.3 million acres of the timber lands belonging to the Chickasaw and Choctaw Nations. Along with co-counsel, NP conducted comprehensive fact and expert discovery—including analyzing millions of pages of historical trust-related documents and taking or defending 37 depositions across the country. NP also played an integral role in settlement negotiations and the mediation process, which was overseen by court-appointed Special Master and former federal judge, John Robertson (Ret.). Ultimately, the case settled for $186 million, the fifth largest settlement out of 86 tribal trust actions that have been filed. The settlement also represented a significant milestone in the tribal trust relationship between the United States and the Chickasaw and Choctaw Nations.

*In re MGM Mirage Securities Litigation*

Nix Patterson, led by partners, Brad Beckworth, Jeff Angelovich, Susan Whatley, and Lisa Baldwin, served as Co-Lead Counsel in this action, representing a class of investors in MGM securities in the United States District Court for the District of Nevada. The class alleged MGM falsely misled the market regarding MGM's ability to survive and thrive during the U.S. financial crisis and obtain adequate capital to finance its unprecedented CityCenter project. After zealously litigating this action for almost six years, NP obtained a settlement of $75 million on behalf of the class. The settlement was the largest securities class action recovery in the history of the District of Nevada at the time—exceeding the combined amount of the next three largest class action recoveries. This result is particularly notable because it was obtained in the absence of a financial restatement by MGM or a regulatory or governmental agency investigation related to the same conduct.

### *Chieftain Royalty Co. v. SM Energy Co., et al.*

Nix Patterson, led by partners, Brad Beckworth, Jeff Angelovich, Susan Whatley, and Lisa Baldwin, represented a class of underpaid royalty owners in this action against SM Energy Co. and its successors, EnerVest and FourPoint. After vigorously prosecuting this action as class co-counsel for over four years, NP obtained a partial settlement with respect to the claims against EnerVest and FourPoint totaling nearly $55 million on behalf of the class. This settlement consisted of a $52 million cash payment (which alone represents approximately 100% of the class' principle claim for royalty underpayment) and contractually guaranteed future benefits that ensure EnerVest and FourPoint will not deduct certain specific costs from royalty payments for a period of 36 months. These binding changes to the Settling Parties' royalty payment methodology have a present value of at least $2.9 million. On December 23, 2015, the United States District Court for the Western District of Oklahoma granted final approval of the settlement.

### *Chieftain Royalty Co. v. QEP Energy Co.*

Nix Patterson, led by partners, Brad Beckworth, Jeff Angelovich, Susan Whatley, and Lisa Baldwin, served as co-class counsel in this action alleging QEP, an energy company with oil and gas operations in Oklahoma, secretly and systematically made unlawful deductions from a class of royalty owners' monthly royalty payments. After more than two years of litigation, NP and its co-counsel obtained a $155 million settlement for the class. This settlement consisted of a $115 million cash payment (which alone represents more than 100% of the class' principle claim for royalty underpayment) and contractually guaranteed future benefits that ensure QEP will not resume its previous practice of improper cost deductions. On May 31, 2013, the United States District Court for the Western District of Oklahoma granted final approval of the settlement.

### *Drummond et al. v. Range Resources-Midcontinent, LLC, et al.*

Nix Patterson, led by partners, Brad Beckworth, Jeff Angelovich, Susan Whatley, and Lisa Baldwin, represented a class of royalty owners in this action against Range Resources, an energy company with substantial interests in Oklahoma oil and gas wells. As in *QEP*, the class members in this case alleged Range unlawfully deducted certain pre-marketing costs from the class members' royalty payments. NP prosecuted this action for over two years, overcoming Range's initial dispositive motions, conducting comprehensive fact and expert discovery—such as analyzing the thousands of oil and gas leases involved—and obtaining class certification. As Range was preparing to appeal the court's class certification order, the parties began settlement negotiations and a mediation process with highly respected mediator and former federal judge, Layn Phillips. After multiple mediation sessions in Oklahoma City and New York City, NP and its co-counsel achieved an $87.5 million cash settlement for the class, which has been approved by the Court.

### *CompSource et al. v. BNY Mellon, N.A. et al.*

Nix Patterson, led by partners, Brad Beckworth, Jeff Angelovich, Susan Whatley, and Lisa Baldwin, filed suit in the Eastern District of Oklahoma on behalf of CompSource Oklahoma—a

statutorily-created state workers compensation insurance company—and other participants in BNY Mellon's securities lending program, alleging that BNY Mellon breached its fiduciary duties (under both common law and ERISA), breached its securities lending agreements, and was negligent in connection with its investment of its clients' funds in medium-term notes of Sigma Finance, Inc. After three and a half years of hard fought, intense litigation, which included nearly five million pages of documents produced and reviewed; a total of 59 depositions taken or defended (which took place in seven different states and resulted in 16,483 pages of recorded testimony and the inclusion of 1,738 exhibits), the parties reached a settlement in this matter for $280,000,000. The Court has granted final approval of this settlement.

### *AFTRA v. JPMorgan*

Nix Patterson, led by partners, Brad Beckworth, Jeff Angelovich, Susan Whatley, and Lisa Baldwin, filed suit in the Southern District of New York on behalf of AFTRA and other participants in JPMorgan's securities lending program alleging that JPMorgan violated its fiduciary duties (under both common law and ERISA) to AFTRA and the class in connection with the same investments in Sigma as those at issue in *CompSource*. On the eve of trial, and after the Court granted class certification, the parties reached a settlement in the amount of $150,000,000. The Court has granted final approval of this settlement.

### *MoneyGram Securities Litigation*

Nix Patterson, led by partners, Brad Beckworth, Jeff Angelovich, and Susan Whatley, served as Lead Counsel for Lead Plaintiff, Oklahoma Teachers Retirement System, in this matter filed in the United States District Court for the District of Minnesota. This litigation involved alleged false and misleading statements surrounding the quality and nature of asset-backed securities held in MoneyGram's investment portfolio. This case was unique in the fact that it is only one of a few "subprime" cases brought against an entity that is neither a bank, Wall Street investment bank, nor originator of asset backed securities. Indeed, this is one of the few cases brought—and we believe the first case successfully resolved—based upon a company's failure to properly disclose the quality and nature of the asset-backed securities it purchased. NP reached an $80 million settlement with MoneyGram and the individual defendants, which has been granted final approval by the Court. The settlement ranks as one of the top settlements in all "subprime" cases.

Below is biographical information of the Nix Patterson attorneys who were involved in this matter:

### Bradley E. Beckworth

Bradley E. Beckworth, Partner, graduated *magna cum laude* from Texas A&M University (B.A. 1994) and *cum laude* from Baylor Law School (J.D. 1997). Brad is the Co-Head of Nix Patterson's Complex Litigation Group. He focuses primarily on securities fraud and other complex litigation, but also has successfully tried lawsuits in a diverse range of cases, including the opioid litigation, oil and gas litigation, commercial disputes and intellectual property infringement. For example, Brad just recently completed a seven- week trial as the lead trial attorney in Cleveland County, Oklahoma against pharmaceutical giant, Johnson & Johnson, regarding the opioid crisis. In 2015, Brad was the lead trial attorney in *Pummill v. Cimarex*, where

Nix Patterson won a judgment for the plaintiff in one of the most significant oil and gas cases ever tried in the State of Oklahoma; and, in 2012, Brad was lead counsel in successfully defending the 2012 Heisman Trophy winner against the NCAA Enforcement Division. Brad has given presentations to numerous boards of trustees of public funds and has been quoted in news articles by several publications, including *The Wall Street Journal*, *New York Times*, and *Bloomberg*. He has served as a member of the Rules Committee of the United States District Court for the Eastern District of Texas and served several terms as an adjunct trial advocacy professor for Baylor Law School. An article written by Steve Stecklow, *Setting the Date: How One Tech Company Played With the Timing of Stock Options*, WALL ST. J, July 20, 2006 at A1, featured one of Nix Patterson's securities litigation cases (referencing Brad's and Nix Patterson's role in the case) and received the Pulitzer Prize for Public Service Journalism. Prior to joining Nix Patterson, Brad served as judicial law clerk to Judge Richard Schell, Chief Judge for the United States District Court for the Eastern District of Texas. Areas of Concentration: Securities Fraud Litigation; Commercial Class Action Litigation; Business Litigation, Intellectual Property Litigation; Oil & Gas Litigation; Strategic Planning and Crisis Management. Professional Activities and Memberships: State Bar of Texas; Oklahoma Bar Association; Arkansas Bar Association; New York Bar Association; American Association for Justice; American Bar Association. Professional Honors: Law Clerk to the Hon. Richard A. Schell, Chief Justice, USDC Eastern District of Texas; *Adjunct* Professor, Baylor University School of Law. Bar Admissions: Texas; Oklahoma; Arkansas; New York; U.S Court of Appeals for the Fifth, Ninth and the Tenth Circuits, USDC Eastern District of Texas; USDC Eastern District of Arkansas; USDC Western District of Arkansas; USDC Western District of Oklahoma; USDC Eastern District of Oklahoma; USDC Northern District of Illinois.

**Jeffrey J. Angelovich**

Jeffrey J. Angelovich, Partner, graduated *magna cum laude* from Baylor Law School (J.D. 1993). Jeff is the Co-Head of Nix Patterson's Complex Litigation Group. He concentrates his practice on securities fraud, derivative, and complex litigation, but has successfully tried lawsuits in a variety of cases, including a $15.6 million antitrust verdict, which was featured by the *New York Times*, and a $7 million verdict in a sexual molestation case. Jeff also was a key team member in Nix Patterson's representation of the State of Texas in its $17 billion-plus recovery in the *Texas Tobacco Litigation*. Prior to joining Nix Patterson, Jeff served as judicial law clerk to Justice Hightower of the Texas Supreme Court and has served several terms as an adjunct professor for Baylor Law School, teaching trial advocacy. Areas of Concentration: Securities Fraud; Derivative and Corporate Governance Litigation; Antitrust Litigation; Business Litigation; Oil & Gas Litigation; Intellectual Property Litigation; Strategic Planning and Crisis Management. Professional Activities and Memberships: State Bar of Texas; Oklahoma Bar Association; Arkansas Bar Association; American Bar Association; American Association for Justice. Professional Honors: Briefing Attorney to Justice Jack Hightower, Justice of the Supreme Court of Texas; Texas Young Lawyers Association (Director); *Adjunct* Professor, Baylor University School of Law; Texas Super Lawyer, Securities Litigation (numerous years). Bar Admissions: Arkansas; Oklahoma; Texas; Montana; United States Supreme Court; U.S. Court of Appeals for the Fifth, Eighth, Ninth and Tenth Circuits; USDC Eastern District of Texas; USDC Western District of Arkansas; USDC Western District of Oklahoma.

**Susan Whatley**

Susan Whatley, Partner, graduated with academic distinction from Texas A&M University at Commerce (B.S. 2000). Susan graduated *cum laude* from Baylor Law School (J.D. 2004). While at Baylor, Susan was a member of the Baylor Law Review, serving as both an Associate Editor and an Editor of the Texas Practice and Procedure Edition. Susan also was a member of the winning team in the Bob and Karen Wortham Practice Court Competition. Susan has a broad range of experience representing the firm's public and private investor clients. She is admitted to practice in all state courts in the State of Texas, the State of Oklahoma, and the U.S. District Court for the Eastern District of Texas.

**Lisa P. Baldwin**

Lisa P. Baldwin, Partner, graduated with distinction from the University of Michigan, Ann Arbor (B.A. 2004). Lisa graduated from the University of Texas School of Law (J.D. 2009). While at UT Law, she was a member of the Texas International Law Journal. During law school, Lisa studied abroad in Santiago, Chile through American University Washington College of Law and in Buenos Aires, Argentina at the University of Torquato Di Tella. Lisa is admitted to practice in all state courts in the State of Texas, the State of New York and the State of Oklahoma, and is a member of the Austin Bar Association and the New York State Bar Association. She provides volunteer attorney services to low-income clients through Volunteer Legal Services of Central Texas. Ms. Baldwin's practice focuses on a broad range of complex financial and commercial class actions, including fiduciary liability, securities fraud litigation and oil and gas royalty underpayment litigation.

**Trey Duck**

Trey Duck, Partner, graduated from Baylor University (B.A. 2008), and from Baylor Law School (J.D. 2012). While at Baylor Law School, Trey was an active member in the school's trial and appellate advocacy programs, serving on winning teams in both moot court and mock trial competitions for Baylor. He is admitted to practice in all state courts in the State of Texas and the Eastern District of Texas and is a member of the Texas Trial Lawyers Association. Mr. Duck's practice focuses on complex commercial class actions and civil disputes, including securities fraud litigation and oil and gas royalties class actions, as well as *qui tam* whistleblower litigation. Mr. Duck was also heavily involved in the Firm's successful prosecution of claims against large pharmaceutical companies on behalf of the States of Utah, Montana, and Alaska.

**Drew Pate**

Drew Pate, Partner, graduated *summa cum laude* from Trinity University (B.A. 2008) and *magna cum laude* from Baylor Law School (J.D. 2011). While at Baylor, Drew was a member of the Baylor Law Review, serving as the Editor-in-Chief from Fall 2010 through Spring 2011. Prior to serving as Editor-in-Chief, Drew served as an Associate Editor and the Business Editor. Drew was also the Evidence Coach of the 2011 Baylor Law National Trial Competition Mock Trial Team. He is admitted to practice in all state courts in the States of Texas and Oklahoma.

**R. Winn Cutler**

Winn Cutler, Associate, joined Nix Patterson in 2012 and is a member of the firm's commercial litigation and intellectual property litigation teams. Winn represents corporate, governmental, and individual clients in a wide variety of civil litigation matters, including patent litigation, class action litigation, and personal injury litigation. Winn has experience representing clients in federal and state courts throughout the country and was a member of the trial team that obtained a substantial jury verdict for Syntrix Biosystems against Illumina, Inc. in a federal court in Tacoma, Washington. Prior to joining Nix Patterson, Winn attended Baylor Law School where he was an editor for the Baylor Law Review and competed on the Lone Star Mock Trial Team.

**Ross Leonoudakis**

Ross Leonoudakis, Associate, joined Nix Patterson in 2013. Since that time, he has handled a range of cases covering intellectual property, personal injury, products liability, and mass tort litigation. Ross represents clients in all aspects of intellectual property litigation, including patent litigation, copyright, trademark and false advertising litigation, and trade secret disputes. He has litigated in technology fields as diverse as video compression, networking, software and hardware, communications, enterprise management solutions, semiconductors, consumer electronics, and medical devices. Ross also represents clients in personal injury cases often with life threatening injuries resulting from product defects or unsafe premises. In addition, he also represents victims from a wide variety of childhood sexual abuse situations. Ross graduated *cum laude* from Baylor Law School, where he was the Articles & Notes editor for the Baylor Law Review. He received his B.B.A. from the McCombs School of Business at The University of Texas in Austin in 2007. He is licensed to practice in the State of Texas and is admitted to practice in the Eastern, Western, and Northern Districts of Texas.

**Cody L. Hill**

Cody L. Hill, Associate, graduated from the University of Texas (B.S. 2011), and from Baylor Law School (J.D. 2015). While at Baylor, Cody competed as an active member of the school's mock trial and moot court teams in a number of national trial and appellate advocacy competitions. Cody also served as an Associate Editor of the Baylor Law Review, was named the Bracewell & Giuliani LLP 3L Baylor Law Review Student of the Year, and co-authored an article, along with Professor Jim Wren, published as *Resolving the Quandary of Conflicting Mandatory Venue Statutes in Texas*, 68 Baylor L. Rev. 85 (2016). Cody was named to the National Order of the Barristers and received a scholarship to be 1 of 8 U.S. Law students to attend The Advanced School of the Trial at the Academy of the Advocate at the University of St. Andrews in Scotland, where he received the Top Advocate award. He is admitted to practice in all state courts in the State of Texas and the U.S. District Court for the Eastern District of Oklahoma. Cody also is a member of the Austin Bar Association, Austin Young Lawyers Association, Texas Trial Lawyers Association, Capital Area Trial Lawyers Association, American Association for Justice and the American Association for Justice's Securities Litigation Group, Class Action Litigation Group and *Qui Tam* Litigation Group.

**Nathan Hall**

Nathan Hall, Associate, joined the firm's complex litigation group in 2018 after clerking for the Honorable Justice Patrick R. Wyrick of the Oklahoma Supreme Court. Before that, Nathan served as Assistant Solicitor General for the State of Oklahoma, where he litigated on behalf of the State in its most high-profile disputes, including cases in front of the Oklahoma Supreme Court, the United States Courts of Appeals, and the United States Supreme Court. Nathan graduated first in his class from the University of Oklahoma College of Law, where he served as editor of the school's flagship law review and distinguished himself as an exceptional moot-court advocate. His skills for both written and oral advocacy in school culminated in his induction into the national Orders of Scribes and Barristers.

**James E. Warner III**

James Warner, Associate, is a trial attorney with nearly twenty years of experience representing clients in a wide variety of complex civil litigation. James joined Nix Patterson in 2018. Prior to joining the firm, James clerked for the Honorable Timothy D. DeGiusti and Robin J. Cauthron of the United States District Court, Western District of Oklahoma. James' previous work experience also includes thirteen years in private practice at Holladay & Chilton, PLLC, an esteemed civil litigation boutique firm in Oklahoma City. James attended the University of Oklahoma College of Law, where he served as Executive Editor of the *American Indian Law Review*. During law school, James interned for Magistrate Judge Shon T. Erwin of the Western District of Oklahoma, the Honorable Charles Johnson of the Oklahoma Court of Criminal Appeals, and the Oklahoma State Senate. In 2014, James was awarded the Oklahoma Bar Association's Fern Holland Courageous Lawyer Award and Pro Bono Award.