IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIGIE LEE RHEA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:14-cv-00433-JH ) |
| APACHE CORPORATION, | ) ) |
| Defendant. | ) ) |

**MOTION FOR ORDER AUTHORIZING
PAYMENT OF ADMINISTRATION, NOTICE AND DISTRIBUTION COSTS**

Pursuant to the parties' Stipulation and Agreement of Settlement (the "Settlement Agreement"),[1] Plaintiff Bigie Lee Rhea ("Plaintiff"), moves for an order authorizing payment of Administration, Notice, and Distribution Costs in the amount of $17,092.23, which consists of: (1) $9,200.42 to JND Class Action Administration ("JND"); and (2) $7,891.81 to Barbara A Ley ("Ley") for professional services rendered in this case.

Pursuant to the Settlement Agreement, Administration, Notice, and Distribution Costs includes costs incurred by Plaintiff's Counsel and/or Plaintiff "associated with experts, consultants or other personnel retained for purposes of administration, distribution, and notification." Settlement Agreement at ¶1.1. Further, the parties agreed to ask the Court to appoint a Settlement Administrator to administer the settlement. *Id.* at ¶1.39. On March 1, 2022, the Court appointed JND as Settlement Administrator in its Order Granting Preliminary Approval of Class Action Settlement. *See* Dkt. No. 486 at ¶8 ("Preliminary Approval Order"). Also pursuant to the

---

[1] The Settlement Agreement is filed as Exhibit 1 to Memorandum of Law in Support of Class Representative's Motion to Preliminarily Approve Class Action Settlement, Approve Form and Manner of Notice, and Set Date for Final Approval Hearing. *See* Dkt. No. 484-1.

Settlement Agreement, Class Counsel asked Ley to assist in allocating and distributing the Net Settlement Fund to Class Members. *See, e.g.,* Dkt. No. 492-2 at ¶2 ("Affidavit of Barbara A. Ley").

JND and Ley have invoiced Plaintiff for services rendered in connection with allocating and distributing the Net Settlement Fund to Class Members in the following amounts and for the following time periods:

- JND: $9,200.42 for October 1 – October 31, 2022. *See* Exhibit 1 hereto.
- Ley: $7,891.81 through December 10, 2022. *See* Exhibit 2 hereto.

Accordingly, Plaintiff respectfully requests the Court approve a payment of Administration, Notice, and Distribution Costs from the Settlement Account in the amount of $17,092.23. *See* Exhibits 1 and 2.

A proposed Order is submitted concurrently herewith.

DATED: December 21, 2022.

Respectfully submitted,

*/s/ Andrew G. Pate*
Bradley E. Beckworth, OBA No. 19982
Jeffrey J. Angelovich, OBA No. 19981
Lisa Baldwin, OBA No. 32947
Andrew G. Pate, OBA No. 34600
Trey Duck, OBA No. 33347
Cody Hill, TX Bar No. 24095836
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
*bbeckworth@nixlaw.com*
*jangelovich@nixlaw.com*
*lbaldwin@nixlaw.com*
*dpate@nixlaw.com*
*tduck@nixlaw.com*
*codyhill@nixlaw.com*

Susan Whatley, OBA No. 30960
**NIX PATTERSON, LLP**
P.O. Box 178
Linden, TX 75563
Telephone: (903) 215-8310
*swhatley@nixlaw.com*

Michael Burrage, OBA No. 1350
**WHITTEN BURRAGE**
512 N. Broadway, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
*mburrage@whittenburragelaw.com*

Lawrence R. Murphy, Jr., OBA No. 17681
**SMOLEN LAW**
611 S. Detroit Ave.
Tulsa, OK 74120
Telephone: (918) 777-4529
*larry@smolen.law*

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, a true and correct copy of the above and foregoing document was served in accordance with the Local Rules on all counsel of record through the Court's CM/ECF filing system.

*/s/ Andrew G. Pate*
Andrew G. Pate