# EXHIBIT 1



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2022 | 145602 |

**BILL TO**

Nix Patterson LLP
3600 N Capital of Texas Hwy
Austin, TX 78746

| PROJECT | TERMS |
|---|---|
| RHE - Rhea v. Apache Corportation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Billing Period (October 1 - 31, 2022) | | |
| | Case Website | | |
| 1 | Monthly Website Hosting | 155.00 | 155.00 |
| 9.25 | Call Center | 95.00 | 878.75 |
| 1 | Monthly TFN hosting | 175.00 | 175.00 |
| 750.43 | IVR Minutes | 0.32 | 240.14 |
| 2.25 | Respond to class member or claimant emails | 95.00 | 213.75 |
| 0.25 | Print and Mail Notice Packet | 50.00 | 12.50 |
| 0.5 | Process W-9 Forms | 170.00 | 85.00 |
| 2.25 | Manage Settlement Fund | 95.00 | 213.75 |
| 17.75 | Mail Benefits | 115.00 | 2,041.25 |
| 3,343 | Check Printing | 0.36 | 1,203.48 |
| 8.25 | Project Management | 125.00 | 1,031.25 |
| | Expenses: | | |
| 12,535 | Electronic data storage | 0.006 | 75.21 |
| 1 | Box storage | 2.50 | 2.50 |
| 1 | PO Box | 165.00 | 165.00 |

**Invoice Total**

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: [redacted]
Bank Name: Bank of America, Wire ABA #: [redacted]  ACH Routing #: [redacted]

**Total Balance Due**



Class Action Administration LLC
1100 2nd Ave., Suite 300
Seattle, WA 98101
206.788.8750
accounting@classactionadmin.com
www.jndla.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/29/2022 | 145602 |

**BILL TO**

Nix Patterson LLP
3600 N Capital of Texas Hwy
Austin, TX 78746

| PROJECT | TERMS |
|---|---|
| RHE - Rhea v. Apache Corportation | Settlement Fund |

| HOURS / QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Copy Charges | 557.25 | 557.25 |
| | Postage | 1,906.08 | 1,906.08 |
| | Supplies | 244.51 | 244.51 |

**Invoice Total** $9,200.42

***Payment Instructions***
Check: Class Action Administration LLC, 1100 2nd Ave., Suite #300, Seattle, WA 98101
Electronic: Account Name: Class Action Administration LLC, Account Number: ▓▓▓
Bank Name: Bank of America, Wire ABA #: ▓▓▓, ACH Routing #: ▓▓▓

**Total Balance Due**

$9,200.42