# EXHIBIT 2

**BARBARA A. LEY**
A PROFESSIONAL CORPORATION
CERTIFIED PUBLIC ACCOUNTANT
1601 NW Expressway, Ste 1800
Oklahoma City, Oklahoma 73118
(405) 848-0255
FAX (405) 848-0148

12/13/2022

Barnes & Lewis, LLP
4501 N. Cooper
Oklahoma City, OK  73118

RE: Rhea v. Apache
Invoice No:  28361

**PLEASE MAIL PAYMENT TO OUR NEW ADDRESS:
1601 NW EXPRESSWAY, SUITE 1800, OKLAHOMA CITY, OK 73118**

Professional services rendered through December 10, 2022 in connection with:

| | |
|---|---:|
| Review of work related to non-operated wells with royalty settlement amounts to be paid to operators for further distribution, including review of various pay history databases to obtain by well information; prepare non-operated well detail items for JND use in transmittal to operators of non-operated wells; (15.4 hours) | $     5,781.00 |
| Respond to JND request sent by attorneys; review owner inquiries and respond to Class Counsel; (4.5 hours) | 2,027.50 |
| Out-of-pocket expenses; | 83.31 |
| Current Amount Due | $     7,891.81 |

Invoices are due and payable upon receipt.